TOMIO B. NARITA (SBN 156576)
JEFFREY A. TOPOR (SBN 195545)
SIMMONDS & NARITA LLP
44 Montgomery Street, Suite 3010
San Francisco, CA 94104-4816
Telephone: (415) 283-1000
Facsimile: (415) 352-2625
tnarita@snllp.com
jtopor@snllp.com

Attorneys for Defendants
Hunt & Henriques and
Arrow Financial Services, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEONARD OWINGS,<br><br>Plaintiff,<br><br>vs.<br><br>HUNT & HENRIQUES and ARROW FINANCIAL SERVICES,<br><br>Defendants. | CASE NO.:<br><br>[08 CV 1931 L NLS pending in the United States District Court for the Southern District of California]<br><br>**DEFENDANT HUNT & HENRIQUES'S PETITION FOR ISSUANCE OF SUBPOENA** |

| | |
|---|---|
| 1 | This matter is presently pending in the United States District Court for the |
| 2 | Southern District of California, case number 08-cv-1931 L NLS.  Plaintiff Leonard |
| 3 | Owings alleges that defendants Hunt & Henriques and Arrow Financial Services |
| 4 | violated the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et seq.* and the |
| 5 | California Fair Debt Collection Practices Act, Cal. Civ. Code § 1788, *et seq.*  During the |
| 6 | period when defendants allegedly violated the law, plaintiff was employed by the |
| 7 | California Army National Guard.  *See* Declaration of Jeffrey A. Topor In Support of |
| 8 | Petition For Issuance of Subpoena ("Topor Declaration"), ¶ 2. |

Defendant Hunt & Henriques hereby petitions this Court to issue a subpoena signed by a United States District Judge commanding the California Army National Guard to produce and permit inspection of certain documents pertaining to plaintiff, pursuant to Federal Rule of Civil Procedure 45 and the oral instructions of California Army National Guard Chief Warrant Lewis Johnson.  *See* Topor Declaration ¶ 3.  A draft of the subpoena, describing the documents sought, is attached to the Topor Declaration as **Exhibit A.**  *See id.* ¶ 4.

DATED:  June 1, 2009

          SIMMONDS & NARITA LLP
          TOMIO B. NARITA
          JEFFREY A. TOPOR


        By: s/Jeffrey A. Topor
          Jeffrey A. Topor
          Attorneys for Defendants
          Hunt & Henriques and
          Arrow Financial Services, LLC