TOMIO B. NARITA (SBN 156576)
JEFFREY A. TOPOR (SBN 195545)
SIMMONDS & NARITA LLP
44 Montgomery Street, Suite 3010
San Francisco, CA 94104-4816
Telephone: (415) 283-1000
Facsimile:   (415) 352-2625
tnarita@snllp.com
jtopor@snllp.com

Attorneys for Defendants
Hunt & Henriques and
Arrow Financial Services, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEONARD OWINGS,<br><br>Plaintiff,<br><br>vs.<br><br>HUNT & HENRIQUES and ARROW FINANCIAL SERVICES,<br><br>Defendants. | CASE NO.: 2:09-mc-0051-GEB-EFB<br><br>[08 CV 1931 L NLS pending in the United States District Court for the Southern District of California]<br><br>**AMENDED NOTICE OF MOTION AND MOTION OF DEFENDANTS TO COMPEL COMPLIANCE WITH SUBPOENA *DUCES TECUM* OR, IN THE ALTERNATIVE, FOR ISSUANCE OF ORDER TO SHOW CAUSE WHY NON-PARTY CALIFORNIA ARMY NATIONAL GUARD SHOULD NOT BE HELD IN CONTEMPT**<br><br>Date:   November 4, 2009<br>Time:   10:00 a.m.<br>Ctrm:   25<br><br>The Honorable Edmund F. Brennan |

TO ALL PARTIES, THE CALIFORNIA ARMY NATIONAL GUARD AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT on November 4, 2009 at 10:00 a.m., or as soon thereafter as counsel may be heard, in Courtroom 25 of the above-entitled Court, located at 501 I Street, Sacramento, California, the Honorable Edmund F. Brennan presiding, defendants Hunt & Henriques and Arrow Financial Services will and hereby do move this Court for an Order compelling the California Army National Guard to comply with a subpoena *duces tecum* served upon it or, in the alternative, to show cause why it should not be held in contempt for failing to respond to the subpoena, pursuant to Rule 45 of the Federal Rules of Civil Procedure.

The motion will be based upon this Notice of Motion and Motion, the Memorandum of Points and Authorities in support of the Motion and the Declaration of Jeffrey A. Topor filed and served on September 25, 2009, all of the papers on file in this action, and upon such other and further evidence or argument that the Court may consider.

DATED:  September 29, 2009     SIMMONDS & NARITA LLP
                                TOMIO B. NARITA
                                JEFFREY A. TOPOR


                         By:  s/Jeffrey A. Topor
                                Jeffrey A. Topor
                                Attorneys for Defendants
                                Hunt & Henriques and
                                Arrow Financial Services, LLC

# PROOF OF SERVICE

I, the undersigned, declare:

I am employed in the City and County of San Francisco, California. I am over the age of eighteen years and not a party to this action. My business address is: 44 Montgomery Street, Suite 3010, San Francisco, California 94104-4816.

I am readily familiar with the business practices of my employer, Simmonds & Narita LLP, for the collection and processing of correspondence with the United States Postal Service and that said correspondence is deposited with the United States Postal Service that same day in the ordinary course of business.

On this date, I served copies of the following documents:

1) **AMENDED NOTICE OF MOTION AND MOTION OF DEFENDANTS TO COMPEL COMPLIANCE WITH SUBPOENA *DUCES TECUM* OR, IN THE ALTERNATIVE, FOR ISSUANCE OF ORDER TO SHOW CAUSE WHY NON-PARTY CALIFORNIA ARMY NATIONAL GUARD SHOULD NOT BE HELD IN CONTEMPT**

by causing such document to be placed in a sealed envelope for collection and delivery as indicated below:

**VIA UNITED STATES MAIL**

California Army National Guard
c/o Joint Force Headquarters
Attn: Mr. Lewis Johnson
9800 Goethe Road
Sacramento, CA 95827

Joshua B. Swigart
Robert L. Hyde
Hyde & Swigart
411 Camino Del Rio South, Suite 301
San Diego, CA 92108-3551
counsel for Plaintiff

I declare under penalty of perjury that the foregoing is true and correct. Executed at San Francisco, California on this 29th day of September, 2009.

                                              s/Stephanie Schmitt
                                              Stephanie Schmitt