IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LEONARD OWINGS,

    Plaintiff,

vs.

HUNT & HENRIQUES; ARROW FINANCIAL SERVICES, LLC,

    Defendants.
_____/

No. Misc. 09-0051 GEB EFB

ORDER TO SHOW CAUSE

On June 1, 2009, defendants Hunt & Henriques and Arrow Financial Services, LLC filed this miscellaneous action and a petition for issuance of a subpoena commanding non-party the California Army National Guard ( the "Guard") to produce and permit inspection of certain documents pertaining to plaintiff Leonard Owings.[1] Dckt. No. 1.  The petition indicates that an action is currently pending in the United States District Court for the Southern District of California, case number 08-cv-1931 L NLS, in which plaintiff alleges that defendants violated the Fair Debt Collection Practices Act, 15 U.S.C. §§ 1692, *et seq*. and the California Fair Debt Collection Practices Act, Cal. Civ. Code §§ 1788, *et seq*.  *Id.*  According to the petition, "[d]uring the period when defendants allegedly violated the law, plaintiff was employed by the

---

[1] This matter is before the undersigned pursuant to Eastern District of California Local Rule ("Local Rule") 72-302(c)(1).  *See* 28 U.S.C. § 636(b)(1).

1

1  California Army National Guard." *Id.*  The requested subpoena was issued by this court on June

2  2, 2009, commanding production of the requested documents on July 3, 2009.  Dckt. No. 4.

3         On September 25, 2009, defendants filed a motion to compel the Guard to comply with

4  the subpoena, or in the alternative, for issuance of an order to show cause why the Guard should

5  not be held in contempt for failing to respond to the subpoena.  Dckt. No. 5.  The motion states

6  that "[t]he Guard neither complied with the subpoena, nor served formal objections." *Id.* at 3.

7  On September 29, 2009, defendants noticed the matter for hearing on November 4, 2009.  Dckt.

8  No. 6.  Both the motion and the notice of hearing were served on the Guard.  Dckt. Nos. 5, 6.

9         Rule 45(e) of the Federal Rule of Civil Procedure provides that "[t]he *issuing court* may

10 hold in contempt a person who, having been served, fails without adequate excuse to obey the

11 subpoena."  Fed. R. Civ. P. 45(e) (emphasis added).  Because the motion seeks to enforce Rule

12 45, Local Rule 78-230 sets forth the required briefing schedule.  Local Rule 78-230(c) provides

13 that opposition to the granting of a motion, or a statement of non-opposition thereto, must

14 personally be served upon the moving party, and filed with this court, no later than fourteen days

15 preceding the noticed hearing date or, in this instance, by October 21, 2009.[2]

16        Court records reflect that the Guard has not filed an opposition nor a statement of

17 non-opposition to defendants' motion to compel.  Local Rule 11-110 provides that failure to

18 comply with the Local Rules "may be grounds for imposition by the Court of any and all

19 sanctions authorized by statute or Rule or within the inherent power of the Court."  *See also*

20 *Ghazali v. Moran*, 46 F.3d 52, 53 (9th Cir. 1995) ("Failure to follow a district court's local rules

21 is a proper ground for dismissal.").

22        Accordingly, good cause appearing, IT IS HEREBY ORDERED that:

23        1.  The hearing date of November 4, 2009 on defendants' motion to compel is continued

24 to November 25, 2009, at 10:00 a.m., in Courtroom No. 25.

---

[2] Electronic or mail service of an opposition upon the moving party must be made seventeen days preceding the scheduled hearing date.  Local Rule 78-230(c).

2. The California Army National Guard shall show cause, in writing, no later than November 4, 2009, why sanctions should not be imposed on it for its failure to timely file an opposition or a statement of non-opposition to defendants' motion.

3. The California Army National Guard shall file an opposition to the motion, or a statement of non-opposition thereto, no later than November 4, 2009.

4. Failure of the California Army National Guard to file an opposition will be deemed a statement of non-opposition to the pending motion, and may result in the granting of the motion and/or the imposition of sanctions.

5. Defendants may file a reply in support of the motion on or before November 12, 2009.

6. The Clerk of Court is directed to serve a copy of this order on the California Army National Guard at the following address:

>   California Army National Guard
>   c/o Joint Force Headquarters
>   Attn: Mr. Lewis Johnson
>   9800 Goethe Road
>   Sacramento, California 95827

7. The Clerk of Court is also directed to serve a copy of this order on plaintiff's counsel at the following address:

>   Joshua B. Swigart
>   Robert L. Hyde
>   Hyde & Swigart
>   411 Camino Del Rio South, Suite 301
>   San Diego, CA 92108-3551

SO ORDERED.

DATED: October 28, 2009.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE